# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlotte D. Martin a/k/a Charlotte D. Mighton, a/k/a Charlotte D. Dunn, a/k/a Charlotte D. Cariffe, a/k/a Charlotte D. Dalmanieras<br>Debtor(s) | BK NO. 23-00266MJC<br><br>Chapter |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
10 Feb 2023, 15:13:26, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322