United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 23-00266-MJC
Charlotte D. Martin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 14, 2023     Form ID: ntcnfhrg     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte D. Martin, 609 Avenue O, Matamoras, PA 18336-1905 |
| 5520709 | | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |
| 5520710 | + | Borough of Matamoras, Attn. Tax Claim Bureau, 506 Broad Street, Milford, PA 18337-1539 |
| 5520713 | + | Hackensack University Medical Cente, 30 Prospect Ave, Hackensack, NJ 07601-1915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 18:59:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520708 | + | Email/Text: bk@avant.com | Mar 14 2023 18:40:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5521457 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 18:59:29 | Bon Secours, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5520711 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2023 18:59:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5520712 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 14 2023 18:40:00 | Deutsche Bank Nat'l Trust Co, c/o Carrington Mortgage Services, LLC, 1600 S. Douglas Road, Suite 200, Anaheim, CA 92806-5951 |
| 5520714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2023 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5520716 | ^ | MEBN | Mar 14 2023 18:38:13 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5520715 | + | Email/Text: EBNBKNOT@ford.com | Mar 14 2023 18:40:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5520717 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2023 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5520718 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 18:59:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5523274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 18:59:24 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5520719 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 18:59:29 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5520720 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2023 18:40:00 | Midland Funding, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 5520721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 18:59:33 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5520722 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 18:59:32 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5520985 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 18:59:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520723 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2023 18:59:24 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher G. Cassie | on behalf of Debtor 1 Charlotte D. Martin ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;r46514@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlotte D. Martin,
aka Charlotte D. Mighton, aka Charlotte D. Dunn, aka
Charlotte D. Dalmanieras, aka Charlotte D. Cariffe,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−00266−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 27, 2023<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 14, 2023 |

ntcnfhrg (08/21)