**LOCAL BANKRUPTCY FORM 3015-3(a)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Charlotte D. Martin | : **CHAPTER 13** |
| | : |
| | : **CASE NO.** 5 - 23 -bk- 00266-MJC |
| | : |
| | : |
| | : |
| **Debtor(s)** | : |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____Charlotte D. Martin_____, upon oath or affirmation, hereby certify as
follows:

1.    That the below information is being supplied for compliance with the confirmation
hearing date on _____06/01/2023_____.

2.    That all post-petition amounts that are required to be paid under any and all Domestic
Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3.    That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section
1308 have been filed.

4.    If this Certification is being signed by counsel for Debtor, that the Debtor was duly
questioned about the statements in this Certification and supplied answers consistent with
this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the
foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 05/30/2023                    BY: /s/Christopher G. Cassie
                                              Counsel for Debtor

DATED: 05/30/2023                    BY: /s/Charlotte D. Martin
                                              Debtor