IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | BK. NO. 23-00266-MJC |
| Charlotte D. Martin a/k/a Charlotte D. Mighton, a/k/a Charlotte D. Dunn, a/k/a Charlotte D. Cariffe, a/k/a Charlotte D. Dalmanieras | : : : : | CHAPTER 13 |
| Debtor(s) | : : | |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 | : : : | |
| Movant | : | |
| v. | : | |
| Charlotte D. Martin a/k/a Charlotte D. Mighton, a/k/a Charlotte D. Dunn, a/k/a Charlotte D. Cariffe, a/k/a Charlotte D. Dalmanieras | : : : : | |
| Debtor(s) | : | |
| and | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : : : | |

## WITHDRAWAL OF DOCUMENT

Kindly withdraw the Debtor's Response to Trustee's Objection (Doc. No. 29), filed on June 2, 2023. The Answer was filed in error.

WHEREFORE, Debtor respectfully requests the withdrawal of Objection to Trustee's Objection.

Dated: June 5, 2023        BY: /s/ Christopher G. Cassie, Esq.

                                                        CHRISTOPHER G. CASSIE, ESQUIRE
                                                        Keaveney Legal Group, LLC

1000 Maplewood Drive, Suite 202
Maple Shade, NJ 08052
Tel. 856.481.2098
Fax. 856.282.1090
ccassie@keaveneylegalgroup.com
Attorney for Debtors