IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | BK. NO. 23-00266-MJC |
| Charlotte D. Martin a/k/a Charlotte D. Mighton, a/k/a Charlotte D. Dunn, a/k/a Charlotte D. Cariffe, a/k/a Charlotte D. Dalmanieras | : : : | CHAPTER 13 |
| Debtor(s) | : : | |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 | : : : | |
| Movant | : | |
| v. | : | |
| Charlotte D. Martin a/k/a Charlotte D. Mighton, a/k/a Charlotte D. Dunn, a/k/a Charlotte D. Cariffe, a/k/a Charlotte D. Dalmanieras | : : : | |
| Debtor(s) | : | |
| and | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : : : | |

## AMENDED DEBTOR'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor-Respondents, Charlotte D. Martin (Hereafter "Debtor"), responds to the motion of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 (hereinafter the "Creditor"), as follow:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Admitted in part, Denied in part. The Debtor has no knowledge as to the Creditor's possession of the promissory note.

7. Denied. The Debtor's husband paid the loan in full via wire transfer to the Creditor on June 1, 2023. The confirmation number will be emailed to the Creditor's attorney.

8. Denied. The loan was paid in full on June 1, 2023.

9. Denied as the loan has been paid in full.

10. Admitted.

WHEREFORE, Debtor respectfully requests an Order denying the Trustee's Objection.

Dated: June 5, 2023                BY: /s/ Christopher G. Cassie, Esq.

CHRISTOPHER G. CASSIE, ESQUIRE
Keaveney Legal Group, LLC
1000 Maplewood Drive, Suite 202
Maple Shade, NJ 08052
Tel. 856.481.2098
Fax. 856.282.1090
ccassie@keaveneylegalgroup.com
Attorney for Debtor