IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE:** | : | BK. NO. 23-00266-MJC |
| Charlotte D. Martin a/k/a Charlotte | : | |
| D. Mighton, a/k/a Charlotte D. Dunn, a/k/a | : | **CHAPTER 13** |
| Charlotte D. Cariffe, a/k/a Charlotte D. | : | |
| Dalmanieras | : | |
| Debtor(s) | : | |
| _____ | : | |
| Deutsche Bank National Trust Company, | : | |
| as Indenture Trustee, for New Century | : | |
| Home Equity Loan Trust 2006-2 | : | |
| Movant | : | |
| v. | : | |
| Charlotte D. Martin a/k/a Charlotte D. | : | |
| Mighton, a/k/a Charlotte D. Dunn, a/k/a | : | |
| Charlotte D. Cariffe, a/k/a Charlotte D. | : | |
| Dalmanieras | : | |
| Debtor(s) | : | |
| and | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : | |
| | : | |

_____

**WITHDRAWAL OF DEBTOR'S AMENDED ANSWER TO MOTION FOR RELIEF**

AND NOW COMES, Debtor, Charlotte D. Martin, and requests that the Amended Answer to Motion for Relief (Doc. No. 31) filed on June 5, 2023 be withdrawn.

Dated: August 30, 2023        BY: /s/ Christopher G. Cassie, Esq.

CHRISTOPHER G. CASSIE, ESQUIRE
Keaveney Legal Group, LLC
1000 Maplewood Drive, Suite 202
Maple Shade, NJ 08052
Tel. 856.481.2098
Fax. 856.282.1090
ccassie@keaveneylegalgroup.com
Attorney for Debtor