United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-00266-MJC

Charlotte D. Martin     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 26, 2024     Form ID: ordsmiss     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte D. Martin, 609 Avenue O, Matamoras, PA 18336-1905 |
| 5532736 | + | Berkheimer, Agt for Matamoras Boro/Delaware Valley, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5520710 | + | Borough of Matamoras, Attn. Tax Claim Bureau, 506 Broad Street, Milford, PA 18337-1539 |
| 5520713 | + | Hackensack University Medical Cente, 30 Prospect Ave, Hackensack, NJ 07601-1915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 26 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520708 | + | Email/Text: bk@avant.com | Apr 26 2024 18:40:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5520709 | | Email/Text: dltlegal@hab-inc.com | Apr 26 2024 18:40:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002-1690 |
| 5521457 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 18:44:28 | Bon Secours, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5520711 | + | EDI: CAPITALONE.COM | Apr 26 2024 22:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5520712 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2024 18:40:00 | Deutsche Bank Nat'l Trust Co, c/o Carrington Mortgage Services, LLC, 1600 S. Douglas Road,Suite 200, Anaheim, CA 92806-5951 |
| 5534402 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2024 18:40:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5532076 | ^ | MEBN | Apr 26 2024 18:38:14 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5520714 | | EDI: IRS.COM | Apr 26 2024 22:36:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5520716 | ^ | MEBN | Apr 26 2024 18:38:14 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5520715 | + | Email/Text: EBNBKNOT@ford.com | Apr 26 2024 18:40:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5520717 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5520718 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 18:54:37 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5523274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 18:54:37 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5520719 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 18:43:52 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5520720 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 18:40:00 | Midland Funding, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 5520721 | | EDI: PRA.COM | Apr 26 2024 22:36:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 5520722 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 18:44:25 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5520985 | + | EDI: PRA.COM | Apr 26 2024 22:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5532915 | | EDI: AIS.COM | Apr 26 2024 22:36:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5520723 | + | EDI: WFFC2 | Apr 26 2024 22:36:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5529049 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor 1 Charlotte D. Martin ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust |

|  |  |
|---|---|
|  | 2006-2   mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Charlotte D. Martin,<br>aka Charlotte D. Mighton, aka Charlotte D. Dunn, aka<br>Charlotte D. Dalmanieras, aka Charlotte D. Cariffe,<br>**Debtor 1** | Chapter<br><br>Case No. | 13<br><br>5:23−bk−00266−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: April 26, 2024

ordsmiss (05/18)